UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM  & Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

C/EJG

RE: **ORDONEZ, Ildefonso Garcia**
Docket Number:  2:08CR00090-10
<u>CONTINUANCE OF JUDGMENT
AND SENTENCING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 28, 2010 to June 18, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness.

Absent any objections to the draft Presentence Report, the parties have agreed to request to advance sentencing to May 28, 2010 at 10 a.m., or another date favorable to the Court.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

THOMAS H. BROWN
Senior United States Probation Officer

**REVIEWED BY:**

JEFFREY C. OESTREICHER
Supervising United States Probation Officer

Dated:   April 23, 2010
         Sacramento, California
         THB:thb

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   ORDONEZ, Ildefonso Garcia
      Docket Number:   2:08CR00090-10
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
      Samantha S. Spangler, Assistant United States Attorney
      Joseph J. Wiseman, Attorney at Law
      United States Marshal's Office
      Probation Office Calendar clerk

✓ **Approved**

_____          4/26/10
**EDWARD J. GARCIA**
**Senior United States District Judge**          **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00090-10 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Ildefonso Garcia ORDONEZ | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/18/2010 |
| Reply, or Statement of Non-Opposition: | 06/11/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/04/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 05/28/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/21/2010* |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/14/2010 |

\* - short date by agreement of counsel

3

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG