1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  ARTURO PENA

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    CR.-S-08-90-EJG
                                 )
12      PLAINTIFF,               )    STIPULATION AND ORDER
                                 )    CONTINUING THE STATUS
13      v.                       )    CONFERENCE TO
                                 )    FRIDAY, OCTOBER 1, 2010
14 ARTURO PENA, et al,           )
                                 )
15      DEFENDANT.               )
   _____)

16

17        Plaintiff United States of America, by its counsel, Assistant United States

18 Attorney, Ms. Samantha Spangler, and defendant, Arturo Pena, by his counsel, Mr.

19 James R. Greiner, hereby stipulate and agree that the presently scheduled status

20 conference of **Friday, July 23 2010**, can be vacated and that a new Status Conference

21 can be set for **Friday, October 1, 2010**, at 10:00 a.m.,  before the Honorable District

22 Court Judge, Edward J. Garcia.

23        The Court's courtroom  deputy, Ms. Colleen Lydon, was consulted to check

24 that the Court was available on the above date and the Court is available.

25        The parties stipulate and agree that time under the Speedy Trial Act  shall be

26 excluded **from Friday July 23, 2010, up to and including Friday, October 1, 2010,**

27 **under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, to allow for

28                                    1

1 adequate preparation by defense  counsel, continuity of defense counsel, continuing

2 discussions with the defendant by defense counsel in an attempt to resolve this matter

3 short of trial, continuing discussions by the defense with the government all aiming at

4 a good faith resolution in this case short of trial, which, should that occur, would be a

5 cost savings to both the Court and the government.

6      In addition, due to the fact that defense counsel is preparing for two trials in

7 Federal Court, one scheduled in September, 2010 and one scheduled for November,

8 2010, the time of this continuance gives a reasonably adequate amount of time,  but

9 not more than a reasonable amount of time, for defense counsel to attend to the

10 importance of this case in discharging counsel's Sixth Amendment obligations to the

11 defendant.

12      The parties agree and stipulate that the ends of justice are served by the Court

13 excluding time under the Speedy Trial Act under local code T-4 (**Title 18 U.S.C.**

14 **section 3161(h)(7)(B)(iv)**), for reasonable time to adequately prepare and continuity

15 of counsel, from Friday, July 23, 2010, **up to and including, Friday, October 1,**

16 **2010,** to allow reasonable time for effective representation and preparation by defense

17 counsel, taking into account the exercise of reasonable diligence.

18      The parties agree and stipulate that the interests of justice are served by

19 granting this continuance outweigh the bests interests of the public and the defendant

20 in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

21                     Respectfully submitted,

22                     BENJAMIN B. WAGNER
                      UNITED STATES ATTORNEY

23

                    /s/ SAMANTHA SPANGLER by e mail

24                     authorization
   DATED: 7-21-10                   _____

25                     SAMANTHA SPANGLER
                    ASSISTANT UNITED STATES ATTORNEY

26                     ATTORNEY FOR THE PLAINTIFF

27                     /s/ JAMES R. GREINER

28                       2

DATED: 7-21-10

_____

JAMES R. GREINER
ATTORNEY FOR DEFENDANT ARTURO PENA

### ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that time shall be excluded under **local code T**-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel and continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Friday, July 23, 2010, is vacated**, and the **new Status Conference is set for Friday, October 1, 2010**, with time excluded under the Speedy Trial Act **from Friday, July 23, 2010**, **through to and including Friday, October 1, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Code T-4, time to prepare).


**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED: July 22, 2010.



/s/ Edward J. Garcia

EDWARD J. GARCIA
SENIOR UNITED STATES

1          DISTRICT COURT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28